IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00174-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALEJANDRO CADENA-CUPIL,

    Defendant.

**ORDER**

This matter having come before the Court upon a motion made by the United States of America to withdraw Robert E. Mydans, Assistant United States Attorney, as counsel of record, it is hereby

ORDERED that Robert E. Mydans is withdrawn from the records of this matter.

Dated:   June 5, 2006

                                      s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, Chief
                                      United States District Court Judge